# IN THE SUPREME COURT OF THE STATE OF NEVADA

REYNA HERNANDEZ-MOLINA,
Appellant,

vs.

EMMA MARIE HERNANDEZ,
Respondent.

No. 70298

FILED

DEC 2 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Eric Johnson, District Judge
Eleissa C. Lavelle, Settlement Judge
Richard Harris Law Firm
Atkin Winner & Sherrod
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-39942